

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-28-2006

# USA v. Leahy

Precedential or Non-Precedential: Precedential

Docket No. 03-4490

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"USA v. Leahy" (2006). *2006 Decisions*. Paper 1335.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1335

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———

Nos. 03-4490/4542/4560

———

UNITED STATES OF AMERICA
v.
PAUL J. LEAHY
Appellant in No. 03-4490

———

UNITED STATES OF AMERICA
v.
TIMOTHY SMITH
Appellant in No. 03-4542

———

UNITED STATES OF AMERICA
v.
DANTONE, INC.
Appellant in No. 03-4560

———

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal No. 01-cr-00260-2)
District Judge: Honorable J. Curtis Joyner

———

Argued June 8, 2005

Before: FUENTES, VAN ANTWERPEN, and BECKER, Circuit Judges.

———

ORDER AMENDING OPINION

———

The concurring and dissenting opinion filed on March 22, 2006, in the above referenced case is amended as follows:

The word "disjunctive" in the fourth line of the continued footnote on page 75 should read "conjunctive".

By the Court:


/s/ Edward R. Becker
Circuit Judge

Dated: March 28, 2006